# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF PATTERSON,<br><br>          Petitioner,<br><br>   v.<br><br>KATHY MENDOZA-POWERS,<br><br>          Respondent. | 1:07-cv-00686 OWW-TAG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 11)<br><br>ORDER GRANTING MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS (Doc. 9)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On February 5, 2009, the Magistrate Judge assigned to the case filed findings and recommendations recommending that Respondent's motion to dismiss the petition for writ of habeas corpus (Doc. 9) be granted and that the petition for writ of habeas corpus be dismissed. (Doc. 11). The findings and recommendations were served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service. To date, the parties have not filed timely objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and proper analysis.

A habeas petitioner must secure a certificate of appealability where "the detention complained of arises out of process issued by a State court." 28 U.S.C. 2253( c)(1)(A). The Ninth Circuit has construed this language to hold that a certificate of appealability "is not required when a state prisoner challenges an administrative decision regarding the execution of his sentence." White v. Lambert, 370 F.3d 1002, 1010 (9th Cir. 2004). Thus, the district court looks at who made "the detention decision complained of by the state prisoner," an administrative body or a judicial one, in determining whether a certificate of appealability is required. Id. Here, because the "target" of Petitioner's claims is not the State court judgment or sentence derived therefrom, but the California Department of Corrections and Rehabilitation's administrative decision to deny his request to work in a prison fire camp, that decision is one "regarding the execution" of Petitioner's sentence. Therefore, no certificate of appealability is required to appeal the district court's ruling to the Ninth Circuit. Rosas v. Nielson, 428 F.3d 1229, 1232 (9th Cir. 2005).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 5, 2009 (Doc. 11), are ADOPTED IN FULL;
2. Respondent's motion to dismiss (Doc. 9), is GRANTED;
3. The petition for writ of habeas corpus (Doc. 1), is DISMISSED; and
4. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   March 6, 2009**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE